# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

## NOTICE

JAMIE DAVIS

      V.                        CASE NO.   4:25CV034-SA-RP

CITY OF INDIANOLA, MISSISSIPPI

---

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

---

**Place**
FEDERAL BLDG.
Oxford, MS.

**Room No.**
TELEPHONICALLY

**Date and Time**
December 8, 2025, at 2:00 p.m.

**Parties are instructed to call the conference line at 662-305-1900, Conference ID 893 630 365**

---

**Type of Proceeding**

TELEPHONIC SETTLEMENT CONFERENCE

BEFORE UNITED STATES MAGISTRATE JUDGE ROY PERCY
CONFIDENTIAL SETTLEMENT MEMO DUE DECEMBER 1, 2025

---

DAVID CREWS, Clerk of Court

By: /s/ Rebekah Capps
Courtroom Deputy

Date: December 1, 2025

**CONTACT REBEKAH CAPPS AT 234-3114 IF YOU HAVE ANY QUESTIONS**