**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JAMIE DAVIS**                                                              **PLAINTIFF**

**VS.**                           **CIVIL ACTION NO.: 4:25-CV-34-SA-RP**

**CITY OF INDIANOLA, MISSISSIPPI**                               **DEFENDANT**

**NOTICE OF SERVICE**

Notice is hereby given that, on the date entered below, Defendant the City of Indianola, served the following discovery upon Plaintiff Jamie Davis via electronic mail:

Defendant's First Set of Interrogatories and Requests for Production of Documents.

This, the 2nd day of December, 2025.

                                           Respectfully submitted,

                                           **PHELPS DUNBAR, LLP**

                                           BY:   */s/ Loden P. Walker*
                                                       G. Todd Butler, MB # 102907
                                                       Loden P. Walker, MB # 105996
                                                       1905 Community Bank Way
                                                       Flowood, Mississippi 39232
                                                       Post Office Box 320159
                                                       Flowood, Mississippi 39232
                                                       Telephone: 601-352-2300
                                                       Telecopier: 601-360-9777
                                                       Email: todd.butler@phelps.com
                                                                    loden.walker@phelps.com

                                           **ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I, Loden P. Walker, do hereby certify that I have this day electronically filed the above and foregoing *NOTICE OF SERVICE* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Dated: December 2, 2025.

          */s/ Loden P. Walker*
          Loden P. Walker