IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMIE DAVIS                                                                                                    PLAINTIFF

v.                                                                         CIVIL ACTION NO. 4:25-CV-34-SA-RP

CITY OF INDIANOLA, MISSISSIPPI                                                             DEFENDANT

ORDER

On January 21, 2026, the Court entered an Order to Show Cause [42], wherein it advised Jane Watson, Louis Watson, and Nick Norris of its intent to disqualify them from further representation of the plaintiff in this case. The reason for that proposed sanction is articulated in the Order to Show Cause [42]. The Court provided counsel 14 days to respond to the Order to Show Cause [42].

Norris timely filed a Response [43] wherein he advised the Court that he would not object to the Court's intent to disqualify him and has "offered to assist Plaintiff with finding other counsel and has already contacted one counsel with Plaintiff's permission." [43] at p. 1. No other Response to the Order to Show Cause [42] has been filed.

The Court hereby DISQUALIFIES Nick Norris, Jane Watson, and Louis Watson from further participation in this case. The Court will provide the plaintiff a period of 60 days to either have new counsel enter an appearance on his behalf or notify the Court in writing of his intent to proceed *pro se*.

In light of the foregoing, the Court finds it appropriate to TERMINATE the pending Motion to Dismiss [11]. The Court will afford the City of Indianola an opportunity to renew that request once new counsel enters an appearance on Davis' behalf or he advises the Court of his intent to proceed *pro se*.

The Motion to Withdraw [34] as counsel filed by Jane Watson is also TERMINATED. The case remains STAYED at this time.

SO ORDERED this the 5th day of February, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE