IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMIE DAVIS                                                      PLAINTIFF

v.                                          CIVIL ACTION NO. 4:25-CV-34-SA-RP

CITY OF INDIANOLA, MISSISSIPPI                                  DEFENDANT

ORDER EXTENDING DEADLINE TO OBTAIN COUNSEL

On March 8, 2025, Jamie Davis filed her Complaint [1] against the City of Indianola, Mississippi. At the time of her filing, she was represented by Nick Norris, Louis Watson, and Jane Watson. On February 8, 2026, this Court disqualified Norris, Watson, and Watson from further representation in this case. In that Order [44], the Court provided Davis with 60 days to either retain new counsel or notify the Court of her intent to proceed *pro se*. That 60-day window passed and Davis failed to retain new counsel or notify the Court of her intent to proceed *pro se*.

On April 16, 2026, this Court entered a Show Cause Order [45], directing Davis to show cause as to why this case should not be dismissed for failure to prosecute and failure to comply with the Court's previous Order [44]. In her Response [46], Davis requests additional time to retain new counsel. The reasons for that request are articulated in the filing.

The Court will provide Davis until Monday, June 22, 2026, to retain new counsel or notify the Court of her intent to proceed *pro se*. If Davis fails to retain new counsel or notify this Court of her intent to proceed *pro se* by June 22, 2026, this case will be dismissed *without prejudice*.

SO ORDERED, this the 5th day of May, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE